IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          No. 4:09CR00276 JLH

TRACY CLEMONS                                                     DEFENDANT

**ORDER**

On Friday, October 21, 2011, the Court conducted a pretrial hearing at which all pending motions were considered. For the reasons stated on the record, the defendant's motion to dismiss the superseding indictment is DENIED. Document #45. The motion to prohibit expert testimony is DENIED. Document #55. The Court has taken the motion to exclude Rule 404(b) evidence under advisement and will rule on that motion during the course of the trial. Without objection, the United States' motion in limine is GRANTED. Document #60. There will be no discussion of the identity of the "tipsters" nor any evidence as to the substance of what the "tipsters" said.

IT IS SO ORDERED this 21st day of October, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE